# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BANKS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 07-4722** |
| | : | |
| **CHESTER COUNTY,** *ET AL* | : | |

## ORDER

**AND NOW**, this 24th day of March, 2008 upon consideration of the Petition for Writ of Habeas Corpus, the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart (Document No. 10) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record as presented, it is **ORDERED** that:

    1.    The Report and Recommendation of Magistrate Judge Hart is **APPROVED** and **ADOPTED**;

    2.    The Petition for Writ of Habeas Corpus is **DENIED**; and,

    3.    There is no probable cause to issue a certificate of appealability.

    /Timothy J. Savage  
    TIMOTHY J. SAVAGE, J.